UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. LOVE,<br><br>        Plaintiff,<br><br>vs.<br><br>DR. KIM, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00534-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 18)<br><br>**ORDER DISMISSING AMENDED COMPLAINT IN ITS ENTIRETY** (Doc. 17)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Richard A. Love ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 10, 2007, the Magistrate Judge filed Findings and Recommendation that recommended this action be dismissed for plaintiff's failure to state a claim.  The Findings and Recommendation were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed on or before May 10, 2007.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed April 10, 2007, are ADOPTED IN FULL;
2. Plaintiff's amended complaint, filed March 20, 2006, is DISMISSED in its entirety; and,
3. This action is therefore DISMISSED for failure to state a claim.

IT IS SO ORDERED.

**Dated:   June 13, 2007**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

2